| Petty Offense | ( ) |
| Misdemeanor | ( ) |
| Felony | (X) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET FOR CRIMINAL COMPLAINT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: **Maury**

AUSA's Name: **Lynne T. Ingram**

**Eugene Lewis Weiss**
Defendant's Name

Defendant's Address

Interpreter Needed? ____ Yes __x__ No

If Yes, what language? _____

| Count(s) | Title/Section | Offense Charged | Max. Prison | Max. Fine |
|---|---|---|---|---|
| 1 | 18 / 2422(b) | Induce Minor to Engage in Illegal Sexual Activity | Life* | $250,000 |
| 2 | 18 / 2423(b) | Travels to Meet Minor | 30 years | $250,000 |

* Mandatory minimum sentence is 10 years

Is the defendant currently in custody? (X) Yes ( ) No    If Yes, State or Federal? State

Has a complaint been filed?   ( ) Yes (X) No
   If Yes: Name of Magistrate Judge _____ Case No.: _____
   Was the defendant arrested on the complaint?  ( ) Yes  ( ) No

Has a search warrant been issued? (X) Yes  ( ) No
   If Yes: Name of Magistrate Judge  John S. Bryant     Case No.:  11-4053-JSB

Was bond set by Magistrate/District Judge:  ( ) Yes  (x) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes  (x) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (x) No    To/from what district? _____

Is this case related to a pending or previously filed case?  ( ) Yes   (X) No

   What is the related case number: _____

   Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time:  2-3 days

The Clerk will issue a **Summons** / **Warrant**

Bond Recommendation: _____

(Revised January 2008)