UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:12-00002-1 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| EUGENE WEISS | ) |

MOTION TO CONTINUE PLEA DATE

Comes the defendant and hereby moves the Court to continue the plea date in this case. In support of this motion, counsel states that he believes this case will be resolved by a plea, but needs additional time to complete plea negotiations.

Defendant would therefore move the Court to continue the plea date in this case to Wednesday, July 3, 2013, or a date convenient with the Court's calendar.

*[Handwritten notations: "GRANTED. This motion is granted. The hearing is set for July 3, 2013 at 10:00 a.m." signed 7-1-13]*

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing Motion to Continue Plea Date with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN