UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 1:12-cr-0002

UNITED STATES OF AMERICA
V.

Judge: Chief Judge William J. Haynes, Jr.

Hearing Date: September 26, 2013

EUGENE LEWIS WEISS

Location: ● Nashville   ○ Columbia   ○ Cookeville

Court Reporter: Peggy Turner

(list each defendant appearing at hearing)

Court Interpreter: n/a

# CRIMINAL MINUTES

Government Attorney(s): Scarlett Singleton

Defense Attorney(s): Carlen D. Thoreson

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Defendant pleaded guilty to the indictment. Sentencing is set for December 13, 2013 at 3:00 p.m.

Total Time in Court: 13 minutes

KEITH THROCKMORTON, Clerk
by: Zachary Wiley