UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:12-00002-1 |
| v. ) | William J. Haynes, Jr. |
| ) | Chief Judge, U.S. District Court |
| ) | |
| EUGENE WEISS ) | |

<u>NOTICE OF PROOF THAT MAY BE OFFERED AT SENTENCING HEARING</u>

Eugene Weiss, through counsel, hereby advises this Court that at his sentencing hearing scheduled for Friday, December 13, 2013, he intends to call two witnesses. Counsel anticipates that the sentencing hearing will take approximately 30 minutes.

                                        Respectfully submitted,

                                        *s/ C. Douglas Thoresen*
                                        C. DOUGLAS THORESEN (BPR #004012)
                                        Assistant Federal Public Defender
                                        810 Broadway, Suite 200
                                        Nashville, TN  37203

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2013, I electronically filed the foregoing Notice of Proof to be Offered at Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

                                        *s/ C. Douglas Thoresen*
                                        C. DOUGLAS THORESEN