UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:12-00002-1 |
| v. ) | William J. Haynes, Jr. |
| ) | Chief Judge, U.S. District Court |
| EUGENE WEISS ) | |

POSITION STATEMENT WITH RESPECT TO SENTENCING FACTORS

Comes Eugene Weiss, through counsel, and states that he has no objection to the facts contained in the Presentence Investigation Report prepared in this matter or the calculated advisory guideline sentencing range set out in the report.

Counsel requests that the Court accept the plea agreement.

Counsel requests this Court impose a sentence concurrent with the Georgia sentence Mr. Weiss is currently serving.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, I electronically filed the foregoing Position Statement with with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.
This document has also been served, via e-mail, on Amanda Winfree, United States Probation Officer, 110 Ninth Avenue South, Suite A-725, Nashville, TN 37203-3899.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN