UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 1:12-CR-00002 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| EUGENE WEISS | | |

**POSITION OF THE GOVERNMENT WITH
REGARDS TO THE PRESENTENCE INVESTIGATION REPORT**

The United States of America (the "Government"), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

    Respectfully submitted,

    DAVID RIVERA
    United States Attorney for the
    Middle District of Tennessee

    **s/Lynne T. Ingram**
    LYNNE T. INGRAM
    Assistant United States Attorney
    110 Ninth Avenue South, Suite A961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 12th day of December, 2013 via the electronic filing system upon counsel for the defendant:

**Carl Douglas Thoresen**
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

                *s/ Lynne T. Ingram*
                LYNNE T. INGRAM, AUSA