# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.

EUGENE LEWIS WEISS

(list each defendant appearing at hearing)

Case No.: 1:12-cr-0002
Judge: Chief Judge William J. Haynes, Jr.
Hearing Date: December 13, 2013
Location: ● Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Wynette Blathers
Court Interpreter: n/a

## CRIMINAL MINUTES

Government Attorney(s): Lynne Ingram

Defense Attorney(s): Carl Douglas Thoresen

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Sentencing hearing held. Defendant sentenced to 120 month imprisonment. 10 years supervised release with special conditions. Judgment to follow.

Total Time in Court: 31 minutes

KEITH THROCKMORTON, Clerk
by: Zachary Wiley