# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |
|---|---|---|

USA

V.

EUGENE LEWIS WEISS

## EXHIBIT AND WITNESS LIST

Case Number: 1:12-cr-0002

| PRESIDING JUDGE<br>William J. Haynes, Jr. | PLAINTIFF'S ATTORNEY<br>Lynne Ingram | DEFENDANT'S ATTORNEY<br>Carl Thoresen |
|---|---|---|
| TRIAL DATE (S)<br>12/13/2013 | COURT REPORTER<br>Wynette Blathers | COURTROOM DEPUTY<br>Zachary Wiley |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/13/2013 | | | Defense Witness - Clarence Weiss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages